# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANDREW B. JONES,**
**DOC # 191172,**

    Petitioner,

v.                                         Case No. 1:20-cv-87-AW-GRJ

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

Before the Court is the Magistrate Judge's June 9, 2020, Report and Recommendation. ECF No. 3. No objections have been filed. I have now determined that the recommendation of dismissal should be accepted. The clerk will enter a judgment that says, "This case is DISMISSED for failure to comply with a court order and failure to prosecute." The clerk must then close the file.

SO ORDERED on July 9, 2020.

                                                  s/ *Allen Winsor*
                                                  United States District Judge